U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

NOV 0 8 2017

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 1:17-CR-00285-01 |
| | * | 18 U.S.C. § 1015(e) |
| | * | 42 U.S.C. § 408(a)(7)(B) |
| VERSUS | * | |
| | * | |
| | * | DISTRICT JUDGE DRELL |
| OVERTH RIASCOS-BARAHONA | * | MAGISTRATE JUDGE PEREZ-MONTES |

INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

COUNT 1
False Claim of Citizenship
[18 U.S.C. § 1015(e)]

On or about September 14, 2017, in the Western District of Louisiana, the defendant, OVERTH RIASCOS-BARAHONA, knowingly made a false claim that he was, or at any time had been a citizen of the United States, with the intent to obtain state benefits within the United States, to wit, a Louisiana State driver's license, all in violation of Title 18, United States Code, Section 1015(e). [18 U.S.C. § 1015(e)].

COUNT 2
False Representation of a Social Security Number
[42 U.S.C. § 408(a)(7)(B)]

On or about September 14, 2017, in the Western District of Louisiana, the defendant, OVERTH RIASCOS-BARAHONA, did, in a matter within the

jurisdiction of the United States Social Security Administration , knowingly, and with the intent to deceive, falsely represented Social Security account number XXX-XX- 4582, to be the Social Security account number assigned to him by the Commissioner of Social Security, when in fact, as the defendant well knew, Social Security account number XXX-XX-4582 was not assigned to him by said Commissioner of Social Security, all in violation of Title 42, United States Code, Section 408(a)(7)(B) [42 U.S.C. § 408(a)(7)(B)].

A TRUE BILL:



REDACTED
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

By: _____

DOMINIC ROSSETTI, CA Bar No. 287676
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618